UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
NEW ALBANY DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| V. | ) | CAUSE NO. 4:06-CR-00023-SEB-VTW-14 |
| | ) | |
| JEFFERY DEAN, | ) | |
| | ) | |
| Defendant. | ) | |

**<u>APPEARANCE</u>**

Comes now, Josh J. Minkler, United States Attorney for the Southern District of Indiana, by Lawrence D. Hilton, Assistant United States Attorney for the Southern District of Indiana, and enters his appearance as counsel for the United States of America.

Respectfully submitted,

JOSH J. MINKLER
United States Attorney

By: _____
Lawrence D. Hilton
Assistant United States Attorney

## **CERTIFICATE OF SERVICE**

I hereby certify that on August 14, 2020, a copy of the foregoing APPEARANCE was filed electronically. Notice of this filing will be sent to the following parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

By: _____
Lawrence D. Hilton
Assistant United States Attorney
Office of the United States Attorney
10 W. Market Street, Suite 2100
Indianapolis, IN 46204-3048
Telephone: (317) 226-6333
Fax: (317) 226-6125
Email: Lawrence.Hilton@usdoj.gov