UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
NEW ALBANY DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 4:06-cr-00023-SEB-VTW |
| | ) | |
| JEFFERY DEAN, | ) -14 | |
| | ) | |
| Defendant. | ) | |

## ORDER ADOPTING REPORT AND RECOMMENDATION

Having reviewed Magistrate Judge Van Willis' Report and Recommendation that Jeffery Dean's supervised release be revoked, pursuant to Title 18, U.S.C. §3401(i) and Rule 32.1(a)(1) *Federal Rules of Criminal Procedure* and Title 18 U.S.C. §3583, the Court now approves and adopts the Report and Recommendation as the entry of the Court, and orders Mr. Dean returned to supervised release for one (1) year. The previously imposed conditions of supervised remain in place, with the addition of the following conditions:

a. Defendant is placed on GPS monitoring for three (3) months beginning on today's date.

b. Defendant shall see a mental health clinician and follow any recommendations for treatment.

c. Defendant shall have no contact with the victim identified in Violation No. 1, except through court proceedings.

In addition to the mandatory conditions of supervision, the conditions outlined in the Magistrate Judge's Report and Recommendation shall be re-imposed to assist the probation officer in supervising Mr. Dean and to ensure the safety of the community.

**SO ORDERED.**

Date: _____9/18/2020_____

_____
SARAH EVANS BARKER, JUDGE
United States District Court
Southern District of Indiana

Distribution:

All ECF-registered counsel of record via email generated by the court's ECF system

United States Probation Office

United States Marshal Service